Lisa D. BRYAN, Plaintiff—Appellant,

v.

LUCENT TECHNOLOGIES, INCORPORATED, A New Jersey Corporation, Defendant—Appellee.

No. 04–1461.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 27, 2004.

Decided Nov. 4, 2004.

Lisa D. Bryan, Appellant pro se. Robert Ross Niccolini, McGuirewoods, LLP, Baltimore, Maryland, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Lisa D. Bryan appeals the district court's order granting summary judgement to the Defendant in this employment discrimination action. We have reviewed the record and the district court's thorough opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bryan v. Lucent Techs., Inc.,* No. CA–03–265–AMD (D.Md. Mar. 15, 2004). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*